PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Dimitrios Argyros      Cr.: 23-00112-001
PACTS #: 3511843

Name of Assigned Judicial Officer:     THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/15/2022

Original Offense:     Count One: Money Laundering - Bank Fraud, 18 U.S.C. Section 1956(h) and 18 U.S.C. Section 1956(a)(1)

Original Sentence: 2 years' probation

Special Conditions: Special Assessment, Community Service and Employed, Other Condition, Self-Employment/Business Disclosure

Type of Supervision: Probation      Date Supervision Commenced: 11/15/2022

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Aruba from April 2 through April 9, 2023. He will be traveling with his family for vacation during his daughter's school break.

U.S. Probation Officer Action:

Our office recommends travel request be approved. He submits monthly supervision reports, satisfied his $100 special assessment, and has started to perform community service hours. Dimitrios Argyros has maintained a stable residence and is employed with Blackstone Bar and Grill as a driver. As such, he is in full compliance with the conditions of supervised release.

                         Respectfully submitted,

                         SUSAN M. SMALLEY, Chief
                         U.S. Probation Officer

                         *Erika Arnone/SGM*

        By:    ERIKA M. ARNONE
              U.S. Probation Officer

Prob 12A – page 2
Dimitrios Argyros

/ ema

APPROVED:

_____  03/15/2023
SUZANNE GOLDA-MARTINEZ     Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒  Travel Approved (as recommended by the Probation Office)

☐  Travel Denied

☐  Travel Approved and all future travel requests be at the discretion of the Probation Office

☐  Other

/s/ Kevin McNulty
Signature of Judicial Officer

3/15/2023
Date